IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATINO EVENTS LLC,[1] | ) | Case No.: 19-10875 (KG) |
| | ) | |
| Reorganized Debtor. | ) | Re: Docket No. 276 (Case No. 19-10872) |
| | ) | |

## ORDER APPROVING STIPULATION BETWEEN DEBTORS AND UMG RECORDINGS, INC. REGARDING ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the *Stipulation Between Debtors and UMG Recordings, Inc. Regarding Administrative Expense Claim* (the "Stipulation") filed by the Debtors and UMG Recordings, Inc.; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit A**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as Exhibit A, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

---

[1] The last four digits of the Reorganized Debtor's taxpayer  The corporate address for the Reorganized Debtor is 700 North Central Avenue,

Dated: September 19th, 2019
Wilmington, Delaware

KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:225121.3 29402/003