# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATINO EVENTS LLC,[1] | ) | Case No.: 19-10875 (KG) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

## STIPULATION BETWEEN DEBTORS AND UMG RECORDINGS, INC. REGARDING ADMINISTRATIVE EXPENSE CLAIM

The above-captioned reorganized debtor and Fuse Media, Inc., Fuse Media, LLC, Fuse LLC, JAAM Productions, LLC, SCN Distribution, LLC (collectively, the "Debtors") and UMG Recordings, Inc. ("UMG," and together with the Debtors, the "Parties"), hereby stipulate and agree (the "Stipulation") as follows in accordance with the following facts and recitals:

### RECITALS

A. On April 22, 2019, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"), thereby commencing these chapter 11 cases.

B. On June 18, 2019, the Court entered the *Order Approving Debtors' Disclosure Statement for, and Confirming, Debtors' Amended Prepackaged Joint Plan of Reorganization* [Docket No. 251] (the "Confirmation Order") confirming the *Debtors' Prepackaged Joint Plan of Reorganization* [Docket No. 13] (the "Plan").[2,3]

C. The Effective Date of the Plan was July 1, 2019 [Docket No. 284].

---

[1] The last four digits of the Reorganized Debtor's taxpayer identification number are 8204. The corporate address for the Reorganized Debtor is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Plan.
[3] For avoidance of doubt, Fuse Media, Inc and Fuse Media, LLC are not proponents of the Plan and the provisions of the Plan do not extend to those entities.

D. On or about June 26, 2019, UMG filed its *Application of UMG Recordings, Inc. for Allowance and Payment of Administrative Expense Claim* [Docket No. 276] (the "Administrative Claim") with the Court. The Administrative Claim is requesting payment in the amount of $61,111.11 for licensing fees.

E. The Parties have agreed to address the issues raised by UMG's Administrative Claim pursuant to the terms of this stipulation (the "Stipulation").

F. On September 13, 2019, the Court entered final decrees [Case No. 19-10872 (KG), Docket No. 340] in certain of the Debtors' cases leaving the case of Latino Events LLC open. The order closing cases provides that all remaining pending matters shall be administered through Case No. 19-10875 (KG), In re Latino Events LLC.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** in consideration of the mutual promises contained in this Stipulation, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and both Parties intending to be legally bound by this Stipulation, the Parties hereby agree as follows:

1. The Recitals set forth above are hereby incorporated in full and made a part of this Stipulation.

2. The Debtors and UMG agree that UMG's Administrative Claim against the Debtors be allowed as an administrative expense claim in the amount of $20,000.00.

3. Except as provided in this Stipulation, UMG hereby waives the right to recover or receive any distribution from the Debtors' estates pursuant to any other claim, whether scheduled, filed or not filed, asserted or unasserted.

4. Unless otherwise provided for herein, the Parties agree that the terms of the Stipulation shall become effective upon occurrence of both the (i) execution of this

Stipulation by the Parties and (ii) entry of an order by the Court approving this Stipulation (the "Stipulation Effective Date").

5. Promptly after execution of this Stipulation by the Parties, the Reorganized Debtor shall submit it to the Court for approval and this Stipulation shall be included as an exhibit to any order of the Court approving this Stipulation.

6. Each of the Parties shall be responsible for its respective costs and expenses (including, without limitation, attorneys' fees) incurred by it in negotiating, drafting, and executing this Stipulation and shall not be responsible for the payment of any such fees or costs incurred by any other party hereto.

7. This Stipulation shall be binding upon (a) the Debtors' estates and their successors and assigns; and (b) UMG and its successors and assigns.

8. Each party to this Stipulation warrants and represents that the facts set forth herein are true and correct and that it has the power and authority to execute, deliver, and perform the respective obligations under this Stipulation.

9. UMG further represents that it has not transferred any claim (or any portion thereof) that is the subject of this Stipulation.

10. This Stipulation contains the entire agreement among the Parties relating to the subject matter hereof and can only be amended or otherwise modified by a signed writing executed by the Parties.

11. If this Stipulation is not approved by the Court, then the Stipulation shall be null and void and of no force or effect. In such event, each of the Parties shall be returned to the Parties' positions *status quo ante*, and the Parties reserve all of their respective rights, claims, and defenses with respect to all of the matters set forth herein.

12. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic (e-mail) transmission, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies, or facsimiles signed by the parties hereto to be charged.

13. This Stipulation shall be governed by the laws of the State of Delaware and the Bankruptcy Code.

14. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

Dated: September 18, 2019

| FRIEDMAN & SPRINGWATER, LLP | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| /s/ Derrick N. Hansen | /s/ James E. O'Neill |
| Derrick N. Hansen (Bar No. 6379) | Richard M. Pachulski (CA Bar No. 90073) |
| 1007 N. Orange Street, 4th Floor | Ira D. Kharasch (CA Bar No. 109084) |
| Wilmington, DE 19801 | Maxim B. Litvak (CA Bar No. 215852) |
| Telephone: (415) 834-3800 | James E. O'Neill (DE Bar No. 4042) |
| Facsimile: (415) 834-1044 | 919 N. Market Street, 17th Floor |
| Email: dhansen@friedmanspring.com | P O Box 8705 |
|  | Wilmington, DE 19899 (Courier 19801) |
| Counsel to UMG Recordings, Inc. | Tel: (302) 652-4100 |
|  | Fax: (302) 652-4400 |
|  | E-mail: rpachulski@pszjlaw.com |
|  | ikharasch@pszjlaw.com |
|  | mlitvak@pszjlaw.com |
|  | joneill@pszjlaw.com |
|  | Counsel to the Reorganized Debtors |