Fuse LLC, et al.  
Quarterly Summary Report

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF DELAWARE

Case No. 19-10872 (KG)  
Reporting Period: 07/01/19 - 09/30/19[1]

| # | Description[2] | Page # | Explanation |
|---|---|---|---|
| 1 | Quarterly Summary Report for Bank Acct: xxxxx1341 | 2 | |
| 2 | Quarterly Summary Report for Bank Acct: xxxxx8515 | 3 | |
| 3 | Quarterly Summary Report for Bank Acct: xxxxx3909 | 4 | |
| 4 | Quarterly Summary Report for Bank Acct: xxxxx3870 | 5 | |
| 5 | Quarterly Summary Report for Bank Acct: xxxxx4399 | 6 | |
| 6 | Quarterly Summary Report for Bank Acct: xxxxx6184 | 7 | |
| 7 | Quarterly Summary Report for Bank Acct: xxxxx8700 | 8 | |
| 8 | Consolidated Balance Sheet | 9 | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  
Signature of Authorized Individual

10.31.19  
Date

Miguel Roggero  
Printed Name of Authorized Individual

CEO  
Title of Authorized Individual

[1] The bank account reconciliations are from 7/1/19 - 9/12/19 (as per the order and final decree closing certain of the Chapter 11 bankruptcy cases) while the consolidated balance sheet is dated 7/31/19, 8/31/19 and 9/30/19 (based on month end accounting periods since Fuse is unable to provide a mid month balance sheet).

[2] Other Bank Accounts associated with SCN Distribution LLC (xxxxx1770), SiTV LLC (xxxxx0166) and JAAM Productions LLC (xxxxx5521 and xxxxx5539) had neither any balance nor any activity during the reporting period.

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | Fuse, LLC. | Bank: | Citibank |
| Bankruptcy Number: | 19-10872 | Account Number: | xxxxx1341 |
| Date of Confirmation: | 7/1/2019 | Account Type: | Operating |
| Reporting Period: | 07/01/2019 - 09/12/2019 | | |

| | | |
|---|---:|---:|
| Beginning Cash Balance: | 7,751,500 | |
| All receipts received by the debtor: | | |
| Cash Sales: | 0 | |
| Collection of Accounts Receivable: | 8,820,662 | |
| Proceeds from Litigation (settlement or otherwise): | 0 | |
| Sale of Debtor's Assets: | 0 | |
| Capital Infusion pursuant to the Plan: | 0 | |
| Interest Income / Misc. Deposits, incl. transfer from bank account(s): | 1,571,942 | |
| Total of cash received: | 10,392,603 | |
| Total of cash available: | | 18,144,104 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:[1] | 595,529 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals:[2] | 3,612,787 | |
| Transfers to other bank account(s) | 58,059 | |
| All other disbursements made in the ordinary course: | 13,334,454 | |
| Total Disbursements | | 17,600,829 |
| Ending Cash Balance | | 543,274 |

[1] *Payments include cure payments as defind in the Plan*
[2] *Payments included are fees paid to the Professionals under approved final fee application*

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | JAAM Productions, LLC. | Bank: | Citibank |
| Bankruptcy Number: | 19-10872 | Account Number: | xxxxx8515 |
| Date of Confirmation: | 7/1/2019 | Account Type: | Money Market |
| Reporting Period: | 07/01/2019 - 09/12/2019 | | |

| | | |
|---|---:|---:|
| Beginning Cash Balance: | 6,820,330 | |
| All receipts received by the debtor: | | |
| Cash Sales: | 0 | |
| Collection of Accounts Receivable: | 0 | |
| Proceeds from Litigation (settlement or otherwise): | 0 | |
| Sale of Debtor's Assets: | 0 | |
| Capital Infusion pursuant to the Plan: | 0 | |
| Interest Income / Misc. Deposits, incl. transfer from bank account(s): | 4,411 | |
| Total of cash received: | 4,411 | |
| Total of cash available: | | 6,824,742 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | 0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 0 | |
| Transfers to other bank account(s) | 0 | |
| All other disbursements made in the ordinary course: | 0 | |
| Total Disbursements | | 0 |
| Ending Cash Balance | | 6,824,742 |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | Fuse, LLC. | Bank: | Citibank |
| Bankruptcy Number: | 19-10872 | Account Number: | xxxxx3909 |
| Date of Confirmation: | 7/1/2019 | Account Type: | Money Market/LOC - restricted cash |
| Reporting Period: | 07/01/2019 - 09/12/2019 | | |

| | | |
|---|---:|---:|
| Beginning Cash Balance: | 1,057,467 | |
| All receipts received by the debtor: | | |
| Cash Sales: | 0 | |
| Collection of Accounts Receivable: | 0 | |
| Proceeds from Litigation (settlement or otherwise): | 0 | |
| Sale of Debtor's Assets: | 0 | |
| Capital Infusion pursuant to the Plan: | 0 | |
| Interest Income / Misc. Deposits, incl. transfer from bank account(s): | 2,375 | |
| Total of cash received: | 2,375 | |
| Total of cash available: | | 1,059,842 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | 0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 0 | |
| Transfers to other bank account(s) | 0 | |
| All other disbursements made in the ordinary course: | 897,296 | |
| Total Disbursements | | 897,296 |
| Ending Cash Balance | | 162,546 |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | |
|---|---|
| Debtor's Name: | FM Networks, LLC. |
| Bankruptcy Number: | 19-10872 |
| Date of Confirmation: | 7/1/2019 |
| Reporting Period: | 07/01/2019 - 09/12/2019 |

| | |
|---|---|
| Bank: | Citibank |
| Account Number: | xxxxx3870 |
| Account Type: | Operating (ZBA) |

| | |
|---|---:|
| Beginning Cash Balance: | 0 |
| All receipts received by the debtor: | |
| Cash Sales: | 0 |
| Collection of Accounts Receivable: | 4,034,827 |
| Proceeds from Litigation (settlement or otherwise): | 0 |
| Sale of Debtor's Assets: | 0 |
| Capital Infusion pursuant to the Plan: | 0 |
| Interest Income / Misc. Deposits, incl. transfer from bank account(s): | 5,476 |
| Total of cash received: | 4,040,304 |
| Total of cash available: | 4,040,304 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 0 |
| Transfers to other bank account(s) | 1,533,777 |
| All other disbursements made in the ordinary course: | 3,025,845 |
| Total Disbursements | 4,559,622 |
| Ending Cash Balance[1] | (519,318) |

[1] *Bank balance is negative because of timing of bank account transfers.*

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | Fuse Finance, Inc. | Bank: | Citibank |
| Bankruptcy Number: | 19-10872 | Account Number: | xxxxx4399 |
| Date of Confirmation: | 7/1/2019 | Account Type: | Checking |
| Reporting Period: | 07/01/2019 - 09/12/2019 | | |

| | |
|---|---:|
| Beginning Cash Balance: | 10 |
| All receipts received by the debtor: | |
| Cash Sales: | 0 |
| Collection of Accounts Receivable: | 0 |
| Proceeds from Litigation (settlement or otherwise): | 0 |
| Sale of Debtor's Assets: | 0 |
| Capital Infusion pursuant to the Plan: | 0 |
| Interest Income / Misc. Deposits, incl. transfer from bank account(s): | 0 |
| Total of cash received: | 0 |
| Total of cash available: | 10 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 0 |
| Transfers to other bank account(s) | 0 |
| All other disbursements made in the ordinary course: | 0 |
| Total Disbursements | 0 |
| Ending Cash Balance | 10 |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | Fuse, LLC. | Bank: | Citibank |
| Bankruptcy Number: | 19-10872 | Account Number: | xxxxx6184 |
| Date of Confirmation: | 7/1/2019 | Account Type: | Payroll (ZBA) |
| Reporting Period: | 07/01/2019 - 09/12/2019 | | |

| | | |
|---|---:|---:|
| Beginning Cash Balance: | 0 | |
| All receipts received by the debtor: | | |
|     Cash Sales: | 0 | |
|     Collection of Accounts Receivable: | 0 | |
|     Proceeds from Litigation (settlement or otherwise): | 0 | |
|     Sale of Debtor's Assets: | 0 | |
|     Capital Infusion pursuant to the Plan: | 0 | |
|     Interest Income / Misc. Deposits, incl. transfer from bank account(s): | 24,977 | |
|     Total of cash received: | 24,977 | |
| Total of cash available: | | 24,977 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
|     Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | 0 | |
|     Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 0 | |
|     Transfers to other bank account(s) | 0 | |
|     All other disbursements made in the ordinary course: | 27,835 | |
|     Total Disbursements | | 27,835 |
| Ending Cash Balance[1] | | (2,858) |

[1] *Bank balance is negative because of timing of bank account transfers.*

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | Fuse, LLC. | Bank: | Citibank |
| Bankruptcy Number: | 19-10872 | Account Number: | xxxxx8700 |
| Date of Confirmation: | 7/1/2019 | Account Type: | General EP (ZBA) |
| Reporting Period: | 07/01/2019 - 09/12/2019 | | |

| | |
|---|---:|
| Beginning Cash Balance: | 0 |
| All receipts received by the debtor: | |
| Cash Sales: | 0 |
| Collection of Accounts Receivable: | 0 |
| Proceeds from Litigation (settlement or otherwise): | 0 |
| Sale of Debtor's Assets: | 0 |
| Capital Infusion pursuant to the Plan: | 0 |
| Interest Income / Misc. Deposits, incl. transfer from bank account(s): | 33,082 |
| Total of cash received: | 33,082 |
| Total of cash available: | 33,082 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 0 |
| Transfers to other bank account(s) | 0 |
| All other disbursements made in the ordinary course: | 33,082 |
| Total Disbursements | 33,082 |
| Ending Cash Balance | 0 |

**Fuse LLC, et al.**  
**Quarterly Summary Report**  Balance Sheet[1]

Case No. 19-10872 (KG)  
Reporting Period: 07/01/19 - 09/30/19

| $'s in Thousands | Consolidated 7/31/2019 | Consolidated 8/31/2019 | Consolidated 9/30/2019 |
|---|---:|---:|---:|
| **Current Assets** | | | |
| Cash & Equivalents | 12,556 | 12,942 | 10,077 |
| Accounts Receivable, net | 15,014 | 14,621 | 14,710 |
| Programming Rights, Current | 4,521 | 3,926 | 4,206 |
| Other Current Assets | 1,730 | 1,419 | 1,169 |
| **Current Assets** | **33,822** | **32,909** | **30,162** |
| **Long Term Assets** | | | |
| Fixed Assets | 3,714 | 3,607 | 3,552 |
| Programming Rights, Net of Current | 18,066 | 17,502 | 16,227 |
| Other Assets[2] | 344,619 | 343,880 | 343,115 |
| Intercompany | (0) | (0) | (0) |
| **Long Term Assets** | **366,399** | **364,989** | **362,894** |
| **Total Assets** | **400,221** | **397,898** | **393,056** |
| **Liabilities Not Subject to Compromise** | | | |
| Accounts Payable | 5,363 | 4,597 | 484 |
| Taxes and Employee Payables | 3,074 | 3,043 | 3,250 |
| Programming Liabilities, Current | 3,671 | 3,602 | 4,291 |
| Other Current Liabilities | 15,781 | 13,850 | 12,905 |
| Deferred Rent | 405 | 405 | 365 |
| Programming Liabilities, Net of Current | 5,782 | 5,782 | 4,974 |
| Lease Liability | 90 | 30 | 152 |
| Deferred Affiliate Rev | 0 | 0 | 0 |
| Secured Debt[3] | 45,000 | 45,000 | 45,000 |
| Warrants Liability | 0 | 0 | 0 |
| **Liabilities Not Subject to Compromise** | **79,165** | **76,309** | **71,421** |
| **Liabilities Subject to Compromise** | | | |
| Priority Debt | 0 | 0 | 0 |
| Unsecured Debt | 0 | 0 | 0 |
| Secured Debt | 0 | 0 | 0 |
| **Liabilities Subject to Compromise** | **0** | **0** | **0** |
| **Total Liabilities** | **79,165** | **76,309** | **71,421** |
| Shareholder's Equity & Member's Interest | 320,285 | 320,285 | 320,285 |
| Retained Earnings | (0) | (0) | (0) |
| Net Income | 771 | 1,304 | 1,351 |
| **Total Equity** | **321,056** | **321,589** | **321,635** |
| **Total Liabilities & Equity** | **400,221** | **397,898** | **393,056** |

[1] The company only maintains books and records for Fuse LLC and FM Networks LLC which are consolidated above.  
[2] Other Assets includes investment in subsidiary, intangibles and goodwill.  
[3] Company has made initial fresh start adjustments related to elimination of the prior debt, equity, and warrants and booking of the new debt, elimination of AP, programming and other obligations pursuant to Plan Of Reorganization, and write-offs associated with vacating the NY office space at 1 Penn Plaza. All adjustments are based on intitial estimates and assumptions and are subject to change.