**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LATINO EVENTS LLC, | ) | Case No. 19-10875 (JTD) |
| | ) | |
| Reorganized Debtor. | ) | Re: Docket No. 11 |
| | ) | |

**STATUS REPORT**

Pursuant to this Court's *Order Requesting Status Report* [Docket No. 11] the above-captioned reorganized debtor (the "Reorganized Debtor") respectfully states as follows:

1. On April 22, 2019 (the "Petition Date"), the Reorganized Debtor and eight affiliates[1] (the "Affiliated Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The cases were jointly administered under the case of Fuse, LLC Case No. 19-10872 (KG).

2. On May 10, 2019, the U.S. Trustee appointed the following creditors to the Official Committee of Unsecured Creditors: (i) Association of National Advertisers, (ii) Showtime Networks, Inc., and (iii) MGM Domestic Television Distribution, LLC.

3. On April 23, 2019, the Reorganized Debtor and the six of the Affiliated Debtors filed their *Prepackaged Joint Plan of Reorganization* [Case No. 19-10872 (KG); Docket No. 13] (the "Original Plan") with the Court. On June 14, 2019 the Reorganized Debtors filed their *Amended Prepackaged Joint Plan of Reorganization* [Case No. 19-10872 (KG); Docket 239] (the "Amended Plan")[2]. On June 18, 2019, the Court confirmed the Amended Plan (the "Confirmation Order") [Case No. 19-10872 (KG); Docket No. 251]. Debtors Fuse Media, Inc. and Fuse Media LLC (collectively, the "Fuse Media Debtors") were not proponents of the

---

[1] The Reorganized Debtor and the eight affiliate debtors are: Fuse Media, Inc.; Fuse Media LLC; Fuse, LLC; JAAM Productions, LLC; SCN Distribution, LLC; Latino Events LLC; Fuse Holdings LLC; Fuse Finance, Inc.; and FM Networks LLC. The Reorganized Debtor's headquarters and service address is 700 North Central Avenue, Suite 600, Glendale, CA 91203.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Amended Plan.

Amended Plan and the provisions of the Amended Plan did not extend to the Fuse Media Debtors.

4.  The Amended Plan went effective on July 1, 2019. On July 1, 2019, the Reorganized Debtor and the six Affiliated Debtors who were plan proponents made all distributions they were required to make as of the Effective Date under the Amended Plan and the Confirmation Order.

5.  On July 19, 2019, pursuant to the motion of the Fuse Media Debtors, the Court entered the *Order Dismissing the Chapter 11 Cases of Debtors Fuse Media, Inc. and Fuse Media, LLC and Granting Related Relief* [Case No. 19-10872 (KG); Docket No. 304].

6.  According to the *Notice of Effective Date of the Amended Plan* [Case No. 19-10872 (KG); Docket No. 284], holders of General Unsecured Claims were required to file proofs of claim by August 30, 2019. The Liquidation Trust established pursuant to the Confirmation Order has the responsibility for review and reconciliation of General Unsecured Claims.

7.  On September 13, 2019, the Court entered an Order granting the Debtor's request for entry of a final decree closing six (6) of the remaining seven (7) cases (the "Final Decree Order") [Case No. 19-10872 (KG); Docket 340] leaving the case of Latino Events, LLC open (the "Remaining Case").

8.  The Final Decree Order provided that pending matters would be administered in the Remaining Case.

9.  Except for the Remaining Case, all other related cases are closed.

10. Except for review of pending proofs of claim, all claims and controversies have been resolved.

11. The Liquidation Trustee and the Company are currently reconciling proofs of claims and expect to file any necessary objections to claims within the next sixty (60) days.

12. After the claim reconciliation process is complete, the Reorganized Debtor will request entry of a final decree in the Remaining Case.

13. The Reorganized Debtor is available at the Court's convenience should there be any questions about the status of this case.

Dated: February 24, 2020         PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (DE Bar 4042)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax: (302) 652-4400
E-mail:  rpachulski@pszjlaw.com
　　　　 ikharasch@pszjlaw.com
　　　　 mlitvak@pszjlaw.com
　　　　 joneill@pszjlaw.com

*Attorneys for the Reorganized Debtor*