**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Latino Events LLC, et al.,** | ) | **Case No. 19-10875 (JKS)** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## <u>ORDER</u>

The Court will hold a status conference in the above-referenced case on **May 4, 2021**, beginning at **10:00 a.m.**, on Zoom. All parties are directed to attend the status conference. If the case involves an adversary proceeding, the Debtor or the Trustee shall promptly send a copy of this Order to opposing counsel.

SO ORDERED.

**Dated: April 20th, 2021**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**