| First Name | Last Name | Party Represented | Firm Name |
| --- | --- | --- | --- |
| Peter | Hurwitz | Plan Trustee | Dundon Advisors |
| Linda | Casey | United States Trustee | United States Trustee |
| Matthew | Breen | Court | |
| James | O'Neill | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Sean | Greecher | Liquidation Trustee | Young Conaway Stargatt & Taylor, LLP |
| Stephanie | Rosner | Court | |