# CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 27th day of May, 2021, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 1, 2021 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

Latino Events LLC (Fuse)
2002 Service List Expedited
Case No. 19-10875
Document No. 223328
02 – Overnight Mail
44 – Electronic Mail

*(Counsel to Debtors and Debtors in Possession)*
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**Email: joneill@pszjlaw.com**

*OVERNIGHT MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA 19101

*OVERNIGHT MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

*ELECTRONIC MAIL*
*(Counsel to Debtors and Debtors in Possession)*
Richard M. Pachulski, Esquire
Ira D. Kharasch, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
**Email: rpachulski@pszjlaw.com; ikharasch@pszjlaw.com**

*ELECTRONIC MAIL*
*(Counsel to Debtors and Debtors in Possession)*
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
**Email: mlitvak@pszjlaw.com**

*ELECTRONIC MAIL*
(United States Trustee)
Linda J. Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19801
**Email: Linda.Casey@usdoj.gov**

*ELECTRONIC MAIL*
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801
**Email: attorney.general@delaware.gov**

*ELECTRONIC MAIL*
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801
**Email: FASNotify@delaware.gov**

*ELECTRONIC MAIL*
David C. Weiss
United States Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE 19801
**Email: usade.ecfbankruptcy@usdoj.gov**

***ELECTRONIC MAIL***
*(Counsel for Comcast Cable Communications Management LLC)*
Matthew G. Summers, Esquire
Chantelle D. McClamb, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
**Email: summersm@ballardspahr.com; mcclambc@ballardspahr.com**

***ELECTRONIC MAIL***
*(Counsel for Wilmington Trust, National Association)*
Neil B. Glassman, Esquire
Erin R. Fay, Esquire
Daniel N. Brogan, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
**Email: nglassman@bayardlaw.com; efay@bayardlaw.com; dbrogan@bayardlaw.com**

***ELECTRONIC MAIL***
*(Counsel for AT&T Services, Inc. and affiliates including without limitation DIRECTV, LLC)*
Derek C. Abbott, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801
**Email: dabbott@mnat.com**

***ELECTRONIC MAIL***
Rita Marie Ritrovato, CCTS, VP
Wilmington Trust, National Association
1100 N. Market Street, 5th Floor
Wilmington, DE 19801-1605
**Email: RRitrovato@WilmingtonTrust.com**

***ELECTRONIC MAIL***
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001
**Email: askdoj@usdoj.gov**

***ELECTRONIC MAIL***
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE 19901
**Email: DOSDOC_Bankruptcy@state.de.us**

***ELECTRONIC MAIL***
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

***ELECTRONIC MAIL***
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554
**Email: SECBankruptcy-OGC-ADO@SEC.GOV**

***ELECTRONIC MAIL***
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
**Email: philadelphia@sec.gov**

*ELECTRONIC MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281
**Email: bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV**

*ELECTRONIC MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005
**Email: efile@pbgc.gov**

*ELECTRONIC MAIL*
*(Counsel to Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors)*
Michael J. Merchant, Esquire
Amanda R. Steele, Esquire
Brendan J. Schlauch, Esquire
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Email: merchant@rlf.com;
steele@rlf.com; schlauch@rlf.com**

*ELECTRONIC MAIL*
James W. Grudus
One AT&T Way
Room 3A115me
Bedminster, NJ 07921
**Email: jg5786@att.com**

*ELECTRONIC MAIL*
*(Counsel to Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors)*
Michael C. Keats, Esquire
Jennifer Rodburg, Esquire
Andrew Minear, Esquire
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
**Email: Michael.Keats@friedfrank.com;
Jennifer.Rodburg@friedfrank.com;
Andrew.Minear@friedfrank.com**

*ELECTRONIC MAIL*
*(Counsel for Wilmington Trust, National Association)*
Andrew Goldman, Esquire
Lauren Lifland, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
**Email:
andrew.goldman@wilmerhale.com;
lauren.lifland@wilmerhale.com**

*ELECTRONIC MAIL*
*(Counsel for Wilmington Trust, National Association)*
Benjamin Loveland, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
**Email:
benjamin.loveland@wilmerhale.com**

*ELECTRONIC MAIL*
*(Counsel for AT&T Services, Inc. and affiliates including without limitation DIRECTV, LLC)*
Brian J. Lohan, Esquire
Arnold & Porter Kaye Scholer LLP
70 West Madison Street Suite 4200
Chicago, IL 60602-4231
**Email: brian.lohan@arnoldporter.com**

*ELECTRONIC MAIL*
John Stern Assistant, Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Email: bk-jstern@oag.texas.gov; sherri.simpson@oag.texas.gov**

*ELECTRONIC MAIL*
*(Counsel to the Official Committee of Unsecured Creditors)*
Sean M. Beach, Esq.
Sean T. Greecher, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N King Street
Wilmington, DE 19801
**Email: sbeach@ycst.com; sgreecher@ycst.com**

*ELECTRONIC MAIL*
*(Counsel to the Official Committee of Unsecured Creditors)*
David M. Feldman, Esq.
Shireen A. Barday, Esq.
John Conte, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
**Email: dfeldman@gibsondunn.com; sbarday@gibsondunn.com; jconte@gibsondunn.com**

*ELECTRONIC MAIL*
*(Counsel to Warner)*
Wayne M. Smith, Esquire
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Building 156 So, Room 5120
Burbank, CA 91522
**Email: wayne.smith@warnerbros.com**

*ELECTRONIC MAIL*
Joseph Corrigan
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110
**Email: bankruptcy2@ironmountain.com**

DOCS_DE:223328.1 29402/002