IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LATINO EVENTS LLC, | ) Case No. 19-10875 (JKS) |
| | ) |
| Reorganized Debtor. | ) **Ref. Docket No. 26** |
| | ) |

**ORDER AND FINAL DECREE CLOSING REMAINING CHAPTER 11 CASE AND TERMINATING CERTAIN CLAIMS AND NOTICING SERVICES**

1. Upon consideration of the motion (the "Motion")[1] of the above-captioned reorganized debtor (the "Reorganized Debtor"), for entry of an order and final decree (this "Final Decree"), pursuant to section 350 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), (a) closing the remaining chapter 11 case of Latino Events LLC, Case No. 19-10875 (JKS); and (b) terminating certain claims and noticing services provided by Kurtzman Carson Consultants LLC as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, and Article XII of the Plan; and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that due and proper notice of the Motion having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined

---

[1] Capitalized terms not defined herein shall have the meaning attributed in the Motion.

that the relief sought in the Motion is in the best interests of the Reorganized Debtor, the estate, creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT**:**

1. The Motion is GRANTED.

2. The remaining chapter 11 case of Latino Events LLC, Case No. 19-10875 (JKS), is hereby closed effective as of the entry of this Final Decree.

3. The Reorganized Debtor shall, on or before 30 days after entry of this Final Decree: (a) pay all applicable fees due and payable pursuant to 28 U.S.C. § 1930(a)(6); and (b) file with the Court and serve copies of final post-confirmation reports on the U.S. Trustee.

4. Entry of this Final Decree shall be without prejudice to the rights of the Reorganized Debtor, or any other party-in-interest to seek to reopen any of the Debtors' chapter 11 cases for cause.

5. The Claims and Noticing Services are terminated in accordance with the Motion upon the completion of the services listed in paragraph 6 below. Thereafter, Omni shall have no further obligations to this Court, the Debtor, or any other party in interest with respect to the Claims and Noticing Services in this chapter 11 case.

6. Pursuant to Local Rule 2002-1(f)(ix), within thirty (30) days of entry of this Final Decree, KCC shall (a) forward to the Clerk of the Court an electronic version of all imaged claims, (b) upload the creditor mailing list into CM/ECF, and (c) docket a Final Claims Register in this case containing all claims. KCC shall box and deliver all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154

and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

7.   The Reorganized Debtor is authorized and empowered, and may in their discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Final Decree.

8.   Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

9.   This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, implementation, and/or enforcement of this Final Decree.

**Dated: May 27th, 2021**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE